UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| United States of America | |
|---|---|
| v. | Criminal No. 3:08cr135 (JBA) |
| Jonathan Shapiro | |

ORDER REDUCING DEFENDANT'S TERM OF SUPERVISED RELEASE
BY ONE YEAR

In accordance with Title 18 U.S.C. § 3583(e)(1), the Court hereby ORDERS that the term of supervised release imposed on May 21, 2009 on Jonathan Shapiro shall be reduced by one year based on Jonathan Shapiro's successful completion of the Support Court program.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 1st day of June 2011